# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| IN RE: BLACKBAUD, INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates to:*<br><br>ABHI SHETH, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>BLACKBAUD, INC.,<br><br>        Defendant. | Case No. 3:20-mn-02972-JFA<br><br>MDL No. 2972<br><br>Case No. 3:20-cv-04511-JFA |

## STIPULATION OF DISMISSAL

Pursuant to the terms of the confidential settlement agreement reached between Plaintiff and Defendant Blackbaud, Inc., IT IS HEREBY STIPULATED AND AGREED by the parties and their undersigned counsel that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-referenced case is dismissed with prejudice.

Dated:   September 15, 2025              Respectfully submitted,

                            **BURR & FORMAN LLP**

                            */s/ Celeste T. Jones*
                            Celeste T. Jones (Fed. ID # 2225)
                            1221 Main Street, Suite 1800
                            Columbia, SC 29201
                            Tel: 803-799-9800
                            Fax: 803-753-3278
                            Email: CTJones@burr.com

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Ronald I. Raether, Jr.*
Ronald I. Raether, Jr.
100 Spectrum Center Dr., Suite 1500
Irvine, CA 92618
Tel: 949-622-2722
Fax: 949-622-2739
Email: ron.raether@troutman.com

*Counsel for Blackbaud, Inc.*

**LEE SEGUI, PLLC**

/s/ *Harper T. Segui*
Harper T. Segui
825 Lowcountry Blvd., Suite 101
Mount Pleasant, SC 29464
Tel: (843) 790-6520
Email: hsegui@leesegui.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed via this Court's CM/ECF service, which will send notification of such filing to all counsel of record this 15th day of September 2025.

*/s/ Celeste T. Jones*
Celeste T. Jones